UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CLAUDIO HERNANDEZ-HERNANDEZ, | Case No.: 3:26-cv-0635-CAB-SBC |
|---|---|
| Petitioner, | **ORDER REQUIRING A BOND HEARING** |
| v. | |
| CHRISTOPHER LAROSE, et al., | |
| Respondents. | |

Pending before the Court is a writ of habeas corpus pursuant to 8 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Claudio Hernandez-Hernandez. Petitioner argues that he should be classified as detained pursuant to 8 U.S.C. § 1226(a), which entitles him to an individualized bond hearing before an immigration judge, rather than 8 U.S.C. § 1225(b), which does not. [*Id.* at 7–8.]

Respondents' return to the Petition "acknowledge[s] that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]

///
///
///

1  The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond
2  hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated
3  regulations by **February 23, 2026**.  Respondents are further **ORDERED** to update this
4  Court on the status of Petitioner's bond hearing by **February 26, 2026.**
5  It is **SO ORDERED**.
6  Dated:  February 9, 2026

Hon. Cathy Ann Bencivengo
United States District Judge