# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO HERNANDEZ-HERNANDEZ,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  3:26-cv-635-CAB-SBC<br><br>**ORDER CLOSING CASE** |

　　　Petitioner Claudio Hernandez-Hernandez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 4], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 5].  Petitioner subsequently received a bond hearing on February 12, 2026.  [Doc. No. 6.]

///

///

///

///

///

1

3:26-cv-635-CAB-SBC

Petitioner has received the relief his Petition requested.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated:  March 25, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge